

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL J. GOPIN, | § | No. 08-14-00233-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| PEDRO ARIAS, PAUL DALE, | § | of El Paso County, Texas |
| DEBBIE ESCOBAR, EDDIE | | |
| ESCOBAR, BENJAMIN GONZALEZ, | § | (TC# 2013DCV3357) |
| NANCY GONZALEZ, RICHARD V. | | |
| LUCERO, CHRISTINA ASTORGA | § | |
| MARTINEZ, BECKY DURAN, LUCY | | |
| A. MORALES-LUCERO, ASHLEY | § | |
| LUCERO, JUAN M. MARTINEZ, | | |
| AURORA M. NICHOLS, AND JUAN | § | |
| NICHOLS, | | |

Appellees.

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against the party incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER, 2014.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.